# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, CENTRAL DIVISION

| | |
|---|---|
| LINCOLN BENEFIT LIFE COMPANY, a Nebraska Corporation, <br><br> Plaintiff, <br><br> v. <br><br> ALEXANDER DALLAL, an individual; CLAIRE DALLAL, an individual; and DOES 1 through 10, Inclusive, <br><br> Defendants. | Case No. 2:16-cv-9307 MWF (Ex) <br><br> ~~(PROPOSED)~~ ORDER RE STIPULATED CONFIDENTIALITY AGREEMENT AND [PROPOSED] PROTECTIVE ORDER |
| ALEXANDER DALLAL, an individual; and CLAIRE DALLAL, an individual, and DOES 1 through 10, Inclusive, <br><br> Counterclaimants, <br><br> v. <br><br> LINCOLN BENEFIT LIFE COMPANY, a Nebraska Corporation, <br><br> Counterdefendant. | |

///

///

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4830-7881-7099 v1

- 1 -

CASE NO.: 2:16-CV-9307 MWF (EX)
(PROPOSED) ORDER RE STIP CONFIDENTIALITY
AGREEMENT AND PROTECTIVE ORDER

## **ORDER**

**IT IS ORDERED** that the attached Stipulated Confidentiality Agreement is approved.

DATED: 7/12/17

_____
UNITED STATES ~~DISTRICT COURT JUDGE~~
Magistrate Judge

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4830-7881-7099 v1

- 2 -

CASE NO.: 2:16-CV-9307 MWF (EX)
(PROPOSED) ORDER RE STIP CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER