JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINCOLN BENEFIT LIFE COMPANY, a Nebraska Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER DALLAL, an individual, and CLAIRE DALLAL, an individual,<br><br>Defendants. | NO. CV 16-9307-MWF (Ex)<br><br>**JUDGMENT AFTER TRIAL** |

    This action came on regularly for trial between July 31, 2018 and August 13, 2018, in Courtroom 5A of this United States District Court. The legal claims for damages were tried to a jury and the equitable claims for declaratory judgment were tried to the Court.

    A jury was therefore regularly empaneled and sworn. Witnesses were sworn and testified and exhibits were admitted into evidence. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury. The jury deliberated and thereafter returned a verdict in

favor of Plaintiff, finding damages in the amounts of $619,290.49 in compensatory damages and $300,000 in punitive damages.

The Court further deliberated and, through its Findings of Fact and Conclusions of Law, determined that Plaintiff was entitled to declaratory judgment.

Now, therefore, pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that final judgment in this action in favor of Plaintiff and against both Defendants Alexander Dallal and Claire Dallal, jointly and severally, be entered as follows:

1. Damages are awarded to Plaintiff in the sum of **$919,290.49**;
2. It is declared that Defendant Alexander Dallal is not entitled to benefits from 2004 through December 2016;
3. It is declared that the Policy, as defined in the Findings of Fact and Conclusions of Law and admitted as Exhibit 301 at trial, was void as of at least July 29, 2016 (the first day that Defendant Alexander Dallal was placed under surveillance), and thereafter; and
4. As the prevailing party, Plaintiff is awarded its costs as provided by law.

Dated: November 13, 2020

MICHAEL W. FITZGERALD
United States District Judge

-2-